THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.,
 Bobby Shey Rathburn, Appellant.
 
 
 

Appeal from Richland County
John C. Few, Circuit Court Judge
Unpublished Opinion No. 2009-UP-386
Submitted June 1, 2009  Filed July 8,
 2009    
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Christina J. Catoe, and Solicitor Warren Blair Giese, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Bobby Shey Rathburn appeals
 his convictions for criminal sexual
 conduct in the second degree, kidnapping, and criminal domestic violence.  He
 argues the trial court erred by admitting evidence of a prior conviction.  We affirm pursuant to Rule 220(b), SCACR, and the following
 authorities: Rule 404(b), SCRE (providing evidence of other crimes, wrongs, or
 acts is not admissible to prove the character of a person in order to show
 action in conformity therewith; however, such evidence may be admissible
 "to show motive, identity, the existence of a common scheme or
 plan, the absence of mistake or accident, or intent") (emphasis
 added); State v.
 Saltz, 346 S.C. 114, 121, 551 S.E.2d 240, 244 (2001) ("The
 admission or exclusion of evidence is left to the sound discretion of the trial
 judge, whose decision will not be reversed on appeal absent an abuse of
 discretion."); State v. Beck, 342 S.C. 129, 135, 536 S.E.2d 679,
 682-83 (2000) (holding the evidence of other crimes "must logically relate
 to the crime with which the defendant has been charged").  
AFFIRMED.[1]
HEARN, C.J., and THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.